**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Brent Watkins

    Plaintiff

CIVIL ACTION

V.

Covergent Outsourcing, Inc. et. al.

NO. 1:16-cv-10547-PBS

    Defendants

## ORDER OF DISMISSAL

**SARIS, Chief Judge**

Pursuant to Rule 4.1 of the Local Rules of this Court regarding dismissal for for failure to make service. It is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/25/2016   /s/C. Geraldino-Karasek

Date   Deputy Clerk